**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

KEITH DESHON ADAMS,

                    Plaintiff,

v.                                            CIVIL ACTION NO.   2:24-cv-00315

BRANDON DODRILL,

                    Defendant.

**MEMORANDUM OPINION AND ORDER**

By *Administrative Order* (Document 3) entered on June 27, 2024, this action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636. Additionally, by *Memorandum Opinion and Order* (Document 29) entered on July 25, 2025, the matter was referred to Magistrate Judge Aboulhosn for further proceedings.

On June 26, 2024, the Plaintiff, proceeding *pro se*, filed his Complaint (Document 2) in this matter.  On December 11, 2205, an Amended Complaint (Document 38) was filed.  Additionally, by *Order* (Document 55) entered on June 24, 2026, Magistrate Judge Aboulhosn granted the Plaintiff's Motion to Amend/Supplement his Amended Complaint (Document 43) and directed the Clerk to file the Plaintiff's Supplement to Amended Complaint and Response in Opposition (subsequently filed as Document 56).

Currently pending is the *Defendant's Motion to Dismiss in Lieu of Answer* (Document 39) filed on December 18, 2025.

1

On June 24, 2026, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 54) wherein it is recommended that this Court grant the *Defendant's Motion to Dismiss in Lieu of Answer* (Document 39) and remove this matter from the Court's docket.   Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by July 13, 2026.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*.   The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.   *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the *Defendant's Motion to Dismiss in Lieu of Answer* (Document 39) be **GRANTED** and this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER:       July 21, 2026

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2